IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.:5:20-cr-7 |
| ANTHONY QASHAWN KILLIEBREW, | |
| Defendant. | |

**O R D E R**

On September 10, 2021, the parties filed their Joint Status Report. Doc. 1102. In that Report, the parties state that all pretrial motions filed in this case as to Defendant Anthony Qashawn Killiebrew have been resolved. Accordingly, the Court **DENIES as moot** all motions, docs. 926-931, as to Defendant Anthony Qashawn Killiebrew. The Motions Hearing scheduled for September 27, 2021 at 10:00 a.m. as to Defendant Anthony Qashawn Killiebrew is cancelled.

**SO ORDERED**, this 14th day of September, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA